IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,    )
    )
v.    )
    )
    )   Case No. 26-5130
MAHAN JANBAKHSH    )
   a/k/a MARK JANBAKHSH    )
    )
    )
    )

## **UNOPPOSED MOTION TO CONTINUE**

Mark Janbakhsh, by and through undersigned counsel ("Litson Counsel"), moves for a sixty (60) day continuance of the briefing schedule set forth in Docket 6. In support of this motion, undersigned counsel states the following:

Litson Counsel represented Mr. Janbakhsh for several years leading up to and through his criminal trial in the District Court. Mr. Janbakhsh was subsequently found guilty and requested that this appeal be filed. Litson was not retained to handle the appeal, and Mr. Janbakhsh may be eligible for appointed counsel.

Pursuant to Sixth Circuit Rule 12(c) the undersigned has filed a motion to withdraw. The aforementioned motion is still pending before the Court but, if granted, Mr. Janbakhsh will need adequate time to acquire new counsel or have counsel appointed to him, to meet with the same and subsequently file the appropriate briefs related to his appeal. Pursuant to 6 Cir. R. 26, Counsel informs the Court that Mr. Janbakhsh is out of custody as of this filing but has been ordered by the Court to report for processing into custody in the fore coming days.

This delay requested will not prejudice any party and is sufficient. J. Christopher Suedekum has been advised of this motion and has represented on behalf of the Government that he does not object to a sixty-day extension.

For the foregoing reasons, Litson Counsel respectfully requests that this Court enter an order extending the deadlines set forth in the briefing schedule.

April 24, 2026.                                          Respectfully submitted,

                                                         /s/ J. Alex Little
                                                         J. Alex Little (TN BPR #29858)
                                                         Litson PLLC
                                                         54 Music Square East, Suite 300
                                                         Nashville, TN 37203
                                                         Telephone: 615-985-8205
                                                         alex@litson.co
                                                         *Attorney for Mark Janbakhsh*

                                                         /s/ John R. Glover
                                                         John R. Glover (TN BPR #37772)
                                                         Litson PLLC
                                                         54 Music Square East, Suite 300
                                                         Nashville, TN 37203
                                                         Telephone: 615-985-8205
                                                         jr@litson.co
                                                         *Attorney for Mark Janbakhsh*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of April, 2026, a true and correct copy of the foregoing has been served via the Court's CM/ECF system upon all counsel of record.


I hereby certify that on the 24th day of April, 2026, a true and correct copy of the foregoing has been served upon the following person via electronic mail at the following address:

Mr. Mahan a/k/a Mark Janbakhsh
mark@aufps.com

*/s/ J. Alex Little*

3