**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO  45202-3988

KELLY L. STEPHENS
CLERK

TELEPHONE
(513) 564-7000

May 15, 2026

Mahan Mark Janbakhsh #28782-510
FCI Cumberland
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD  21501

Re: Case No. 26-5130, *United States v. Janbakhsh*

Dear Mr. Janbakhsh:

On February 18, 2026, your retained counsel filed a notice of appeal from the judgment in your criminal case.  This resulted in Case No. 26-5130 being opened in this court.  Pursuant to court rules, your attorneys John Glover and Joseph Little were continued for purposes of appeal. 6 Cir. R. 12(c)(1).  In an order dated today, your retained counsel were granted leave to withdraw from the appeal.

The $605 appellate filing fee has been paid.  If you wish to proceed with the appeal but do not have the financial resources to hire a new attorney, you may ask for permission to proceed on appeal as a pauper.  If the district court grants your motion, counsel will be appointed for you.  If the district court denies your motion, you will be permitted to renew your motion in this court.  Of course, you are welcome to retain new counsel at any point.  If you have retained new counsel, counsel should enter their appearance as soon as possible.

If you believe that you qualify to proceed on appeal as a pauper, **complete and sign the enclosed blank motion and financial affidavit and return the completed documents to the district court within 30 days.**  In the absence of any further action or response, a pro se briefing schedule will issue.  This means that you will be responsible for filing your own brief.  If you wish to proceed with the pauper status application, you can reach the district court at

United States District Court
Middle District of Tennessee
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Attn: Clerk's Office
Nashville, TN  37203

Sincerely,

/s/Alicia Harden
Chief Legal Advisor

Encs.

Cc:    John Christopher Suedekum, Assistant United States Attorney
        Clerk, United States District Court, Middle District of Tennessee